1   JOHN C. CRUDEN
    Assistant Attorney General
2   Environment & Natural Resources Division
    United States Department of Justice
3

4   LORI JONAS (Bar No. 158268)
    E-mail: lori.jonas@usdoj.gov
5   Telephone:  (202) 514-4080
6   Environmental Enforcement Section
    Environment & Natural Resources Division
7   United States Department of Justice
    P.O. Box 7611
8   Washington, D.C.  20044

9
    Attorneys for Plaintiff United States of America
10

11  ANNETTE BALLATORE-WILLIAMSON (Bar No. 192176)
    District Counsel
12  E-mail:  annette.williamson@valleyair.org
    Telephone:  (559) 230-6033
13  San Joaquin Valley Unified Air Pollution Control District
    1990 E. Gettysburg Avenue
14  Fresno, California 93726

15
    Attorney for Plaintiff San Joaquin Valley
16  Unified Air Pollution Control District

17              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
18

19  UNITED STATES OF AMERICA and        )
    SAN JOAQUIN VALLEY UNIFIED AIR      )
20  POLLUTION CONTROL DISTRICT          )
                                        )
21          Plaintiffs,                 )     No. 1:13-cv-01482-LJ0-SAB
                                        )
22                                      )
    v.                                  )     **JOINT STIPULATION**
23                                      )     **TERMINATING**
                                        )     **CONSENT DECREE AND**
24  POST HOLDINGS, INC. and             )     **REQUEST FOR COURT**
    RALCORP HOLDINGS, INC.              )     **APPROVAL; ORDER**
25                                      )
                                        )
26  Defendants.                         )
    _____)
27

28

Plaintiff, the United States of America ("United States"), on behalf of the United States

Environmental Protection Agency ("EPA"), lodged with this Court a proposed Consent Decree

("Decree") in the above-captioned matter on September 13, 2013 [Dkt. No. 2].  The Court

entered the Decree on November 20, 2013 [Dkt. No. 7].  Pursuant to paragraph 69 of the Decree,

on October 13, 2014, Post Foods LLC ("Post"), on behalf of defendants Post Holdings, Inc. and

Ralcorp Holdings, Inc. requested termination of the Consent Decree.  Post provided

documentation that satisfactory compliance with the Consent Decree had been maintained for

one year, the civil penalty had been paid, and that the required permit had been obtained.  Post

also indicated that the facility shut down on August 27, 2014.  EPA and San Joaquin Valley

Unified Air Pollution Control District have reviewed the request and agree that the requirements

for termination have been satisfied.  According to paragraph 70, if the parties agree that

termination is appropriate, they shall submit for the Court's approval a stipulation terminating

the Decree.

Therefore, it is stipulated that:

THE CONSENT DECREE IS TERMINATED.


/s/ Lori Jonas
LORI JONAS
E-mail: lori.jonas@usdoj.gov
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
Telephone:  (202) 514-4080

For the United States

/s/ Annette Ballatore-Williamson (as authorized on 1/21/2015)
ANNETTE BALLATORE-WILLIAMSON
District Counsel
1990 E. Gettysburg Avenue
Fresno, CA 93726
Telephone: (559) 230-6033

For the San Joaquin Valley Unified Air Pollution Control District


/s/ Steven J. Poplawski (as authorized on 1/21/2015)
STEVEN J. POPLAWSKI
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750

For Post Holdings, Inc. and Ralcorp Holdings, Inc

ORDER

    Based upon the stipulation of the parties and good cause appearing, the Consent Decree is

TERMINATED.

**SO ORDERED**
**Dated: January 22, 2015**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**